**AFFIRMED; Opinion Filed February 5, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00220-CR

**VERNON M. GRAVES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1119018-P**

## MEMORANDUM OPINION
Before Justices Moseley, Bridges, and Evans
Opinion by Justice Moseley

Vernon M. Graves pleaded no contest to an indictment charging him with serious bodily injury to a child. He waived his right to trial by jury, and the trial court found Graves guilty. In a single issue, Graves argues he was denied due process when the trial court arbitrarily refused to consider impeachment evidence. The background of the case and the evidence adduced at trial are well known to the parties; thus, we do not recite them here. Because all dispositive issues are settled in law, we issue this memorandum opinion. TEX. R. APP. P. 47.2(a), 47.4. We affirm the trial court's judgment.

The child Graves allegedly injured was his son. After Graves was arrested, he gave a videotaped statement. At trial, the detective assigned to the case testified. And on cross-examination, the following exchange occurred between the defense lawyer and the detective:

Q. Detective, are you saying that the defendant on this tape said he decided to hit the kid because he was out of hand, is that your testimony?

A. I don't remember exactly the verbiage he used.

Q. Why would you choose those words, though, if it was never said?

A. I guess we'd have to watch the tape - -

Q. I guess we do, because he never said that.

A. -- to see exactly what he said.

Q. At no point did Mr. Graves admit to you that he hit [his son].

A. I don't recall. We'll have to watch the tape.

Q. Okay. And even though you say you never - - you don't recall seeing any injuries on Mr. Graves, Mr. Graves demonstrated - - told you and demonstrated to you on the tape where [his son] hit him on - - [his son] hit him on his chest . . . and he lifted up his shirt to show you . . . Is that correct?

A. I'll have to look at the tape, and I didn't have a lot of time to prepare to look at this thing prior to this.

THE COURT: Let me say this, since this is a TBC, I can tell both sides right now that this Court is not going to base its decision based on his testimony or that tape. I'm going to base my decision based on the defendant - - I mean the complaining witness and anything the defense puts on, but if we want to do the tape, then we'll do the tape. So what do you think? Are you going to want to watch the tape?

[Defense counsel]: No. I'll just cross-examine him.

THE COURT: I mean, I want you to do what you want to do, but I'm just telling you, my decision is not going to be based on his testimony.

[Defense counsel]: Okay, Your Honor. If I feel he said something contrary to what's on the tape, then we may want to, but other than - - if he just says he doesn't recall, I'll leave it at that.

Graves concedes he did not object at trial to the judge's statement that she was not going to base her decision on the detective's testimony or the videotape. He also did not complain about the judge's statement in his motion for new trial. However, on appeal, Graves argues the tape would have been admissible for impeachment and the trial judge's action of "summarily refusing to consider consequential impeachment evidence" showed the court did not act as a neutral and detached hearing body, which denied Graves of due process.

Because Graves did not complain about the trial court's statements either at the time they were made or in a motion for new trial, he has failed to preserve his complaint for appeal. *See* TEX. R. APP. P. 33.1(a). We overrule his sole issue.

–2–

We affirm the trial court's judgment.

/Jim Moseley/
JIM MOSELEY
JUSTICE

Do Not Publish
Tᴇx. R. Aᴘᴘ. P. 47
130220F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

VERNON M. GRAVES, Appellant

No. 05-13-00220-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F-1119018-P.
Opinion delivered by Justice Moseley.
Justices Bridges and Evans participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 5th day of February, 2014.

/Jim Moseley/
JIM MOSELEY
JUSTICE

–4–